**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**CHRISTOPHER LEE JONES**                                           **PETITIONER**

**V.**                                                              **NO. 1:26-cv-55-RPC-RP**

**WARDEN EDWARD EVANS**                                             **RESPONDENT**

**ORDER REQUIRING PLAINTIFF TO COMPLETE AND RETURN**
***IN FORMA PAUPERIS* APPLICATION, AUTHORIZATION AND CERTIFICATE**

Plaintiff is a state prisoner proceeding *pro se*. Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this 28 U.S.C.A. §2254 case.

The court finds that Plaintiff's application for *in forma pauperis* status includes statements of her assets, of her inability to prepay fees, and of her belief that she is entitled to redress, as well as a certificate of her prison trust account. Plaintiff has not, however, signed the application or completed the authorization required. *See* 28 U.S.C. § 1915. Plaintiff will be provided the opportunity to submit the certified copy in support of her request to proceed *in forma pauperis*. Therefore, it is

**ORDERED:**

That within 21 days Plaintiff is directed to fill out the enclosed application for *in forma pauperis* and complete the authorization for release and mail to the Clerk's Office.

Plaintiff is also warned that his failure to comply with the requirements of this order may lead to the dismissal of her lawsuit under Rule 41(b), Federal Rules of Civil Procedure, for failure to prosecute and for failure to comply with an order of the court.

THIS the 10th day of July, 2026.

/s/      Roy Percy
UNITED STATES MAGISTRATE JUDGE