**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**CHRISTOPHER LEE JONES** **PETITIONER**

**v.** **No. 1:26-cv-55-RPC-RP**

**WARDEN EDWARD EVANS** **RESPONDENT**

**ORDER OF DISMISSAL**

The Court takes up, *sua sponte*, the dismissal of this cause. On July 10, 2026, the Court entered an order requiring the plaintiff to either pay the filing fee or submit a completed application to proceed *in forma pauperis*. Doc. [4]. The Court cautioned the plaintiff that failure to comply with the order could result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the Court's order, and the deadline for compliance has passed. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Federal Rule of Civil Procedure 41(b).

**SO ORDERED**, this, the 18th day of August, 2026.

Robert P. Chamberlin
**UNITED STATES DISTRICT JUDGE**